UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------x

D. JOSEPH KURTZ, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

 -against-

KIMBERLY-CLARK CORPORATION &
COSTCO WHOLESALE CORPORATION,

       Defendants.

------------------------------------------------x

DESMOND R. ARMSTRONG, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

 -against-

COSTCO WHOLESALE CORPORATION
& NICE-PAK PRODUCTS, INC.,

       Defendants.

------------------------------------------------x

GLADYS HONIGMAN, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

 -against-

KIMBERLY-CLARK CORPORATION,

       Defendant.

------------------------------------------------x

**ORDER**

**14-CV-1142**

**15-CV-2909**

**15-CV-2910**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 1 3 2015 ★
BROOKLYN OFFICE



1

```
------------------------------------x
```
STEVEN & ELLEN PALMER, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiffs,                        **15-CV-2928**

    -against-

CVS HEALTH & NICE-PAK PRODUCTS, INC.,

                        Defendants.
```
------------------------------------x
```
EUGENE RICHARD & VICTORIA RICHARD,
Individually and on Behalf of All Others
Similarly Situated,

                        Plaintiffs,                        **15-CV-4579**

    -against-                                                    **And related case:**

WAL-MART STORES, INC. &                      **14-CV-4090**
ROCKLINE INDUSTRIES,

                        Defendants.
```
------------------------------------x
```

**JACK B. WEINSTEIN, Senior United States District Judge:**

       On October 5, 2015, the court issued a memorandum and order in a related case, *Belfiore v. Procter & Gamble Co.*, 14-CV-4090, respectfully referring the case to the Federal Trade Commission. *See* Mem. & Order, 14-CV-4090, Oct. 5, 2015.

       For the same reasons, the above captioned cases are stayed. The issue of an appropriate definition of "flushable" and related issues are respectfully referred to the Federal Trade Commission. The stays may be lifted by the court to avoid unnecessary delays or for any other reason.

       The Clerk of the Court is directed to send an electronic copy of the complete record in the above captioned cases to the Secretary of the Federal Trade Commission. No sealed records shall be transmitted without order of the court or magistrate judge.

SO ORDERED.

_____
Jack B. Weinstein
Senior United States District Judge

October 9, 2015
Brooklyn, New York