UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————x

ANTHONY BELFIORE, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

THE PROCTER & GAMBLE COMPANY,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SCHEDULING ORDER**

14-CV-4090

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 14 2015 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

    On October 5, 2015, this court issued a memorandum & order staying the above captioned case and referring it to the Federal Trade Commission. *See* Mem. & Order, Oct. 5, 2015, ECF No. 35. On October 9, 2015, at a hearing on class certification in a related case, class counsel in the instant case moved to reconsider the court's memorandum & order. *See* Hr'g Tr., Oct. 9, 2015, 14-CV-1142. Defendant opposed. *Id.*; Ltr. from Emily Henn, Oct. 9, 2015, ECF No. 151. Plaintiff's motion to reconsider was granted. Hr'g Tr., Oct. 9, 2015, 14-CV-1142; Order, Oct. 9, 2015.

    Argument on the motion for reconsideration will be held on October 21, 2015 at 10 a.m. in Courtroom 10 B South. At the hearing, the court will also discuss the management of this and related cases. Counsel in related cases are invited to attend. They may arrange to appear by telephone by contacting case coordinator June Lowe (june_lowe@nyed.uscourts.gov). This order shall also be docketed in the related cases: 14-CV-1142; 15-CV-2909; 15-CV-2910; 15-CV-2928; 15-CV-4579.



SO ORDERED.

_____
Jack B. Weinstein
Senior United States District Judge

October 13, 2015
Brooklyn, New York