UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------x

ANTHONY BELFIORE, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

THE PROCTER & GAMBLE COMPANY,

                Defendant.

**ORDER**

14-CV-4090

Related Cases:
14-CV-1142
15-CV-2909
15-CV-2910
15-CV-2928
15-CV-4579

------------------------------------------------x

**JACK B. WEINSTEIN, Senior United States District Judge:**

    In light of the status conference scheduled for September 26, 2016 at 4:30 p.m., the stay in the instant case (14-CV-4090), as well as all related cases (14-CV-1142, 15-CV-2909, 15-CV-2910, 15-CV-2928, 15-CV-4579) is lifted. The stay is not lifted for purposes of additional discovery.

    In advance of the status conference, the parties shall submit briefs with proposed next steps in the litigation. *See* ECF No. 188 (ordering the parties in all cases to "submit briefs on further administration of the litigation"). Any motions shall be made returnable on the day of the status conference.

    The parties shall agree on a briefing schedule. If they cannot agree, the magistrate judge is respectfully requested to set one.

SO ORDERED

_____
Jack B. Weinstein
Senior United States District Judge

Dated: August 25, 2016
       Brooklyn, New York