UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

EUGENE RICHARD & VICTORIA RICHARD,
Individually and on Behalf of All Others
Similarly Situated,

                          Plaintiffs,

   -against-

WAL-MART STORES, INC. &
ROCKLINE INDUSTRIES,

                         Defendants.

------------------------------------------------------------ x

**ORDER**
15-CV-4579

**JACK B. WEINSTEIN**, Senior United States District Judge:

    The court is in receipt of Plaintiffs' request that the court either hold the 12(b)(6) portions of Defendants' briefing (*see* ECF No. 81) in abeyance or extend the briefing schedule. *See* ECF No. 82. The court denies Plaintiffs' request. The present inclination of the court, subject to hearing from the parties, is to address Defendants' motion to transfer, a decision on which may moot Defendants' motion to dismiss.

SO ORDERED.

                          Jack B. Weinstein
                          Senior United States District Judge

January 3, 2017
Brooklyn, New York



*[Handwritten note on pink sticky note: "Pls ship at your earliest convenience. Thx"]*