```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────── x
EUGENE and VICTORIA RICHARD,         :  Civil Action No. 1:15-cv-04579-JBW-RML
Individually and on Behalf of All Others :
Similarly Situated,                  :  CLASS ACTION
                                     :
                        Plaintiffs,  :  STIPULATION AND NOTICE OF
                                     :  DISMISSAL OF ACTION WITH
        vs.                          :  PREJUDICE
                                     :
WAL-MART STORES, INC. and ROCKLINE   :
INDUSTRIES,                          :
                                     :
                        Defendants.  :
─────────────────────────────────── x
```

TO THE COURT AND CLERK OF THE COURT:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Eugene and Victoria Richard and Defendants Wal-Mart Stores, Inc. and Rockline Industries, representing parties that have appeared in this action, hereby stipulate to dismissal of this entire action with prejudice.[1]

DATED: January 17, 2017

**ROBBINS GELLER RUDMAN & DOWD LLP**

By: */s/ Mark S. Reich*
　　Mark S. Reich, Esq.
　　Vincent M. Serra, Esq.
　　58 South Service Road, Suite 200
　　Melville, NY 11747
　　Telephone: 631/367-7100
　　631/367-1173 (fax)
　　mreich@rgrdlaw.com
　　vserra@rgrdlaw.com

*Attorneys for Plaintiffs*

DATED: January 17, 2017

**CARROLL, MCNULTY & KULL, LLC**

By: */s/ Sean T. Burns*
　　Sean T. Burns, Esq.
　　270 Madison Avenue
　　New York, NY 10016
　　Telephone: 212/252-0444
　　sburns@cmkfirm.com

*Attorneys for Rockline Industries*

DATED: January 17, 2017

**GREENBERG TRAURIG**

By: */s/ David E. Sellinger*
　　David E. Sellinger, Esq.
　　500 Campus Drive, Suite 400
　　Florham Park, NJ 07932-0677
　　Telephone: 973/360-7900
　　973/301-8410 (fax)
　　sellingerd@gtlaw.com

*Attorneys for Wal-Mart Stores, Inc.*

---

[1] The dismissal is effective upon filing and does not require the Court's approval. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Garber v. Chicago Mercantile Exch.*, 570 F.3d 1361, 1366 (Fed. Cir. 2009); *McCall-Bey v. Franzen*, 777 F.2d 1178, 1185 (7th Cir. 1985).