```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EUGENE and VICTORIA RICHARD, Individually and on
Behalf of All Others Similarly Situated                          ORDER

                                                                 15-CV-4579
                        Plaintiff,

        -against-

WAL-MART STORES, INC. & ROCKLINE,

                        Defendants.
------------------------------------------------------------x
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 20 2017 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The parties have informed the court that, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the parties agreed to dismiss the case with prejudice. *See* ECF No. 93. The case is dismissed with prejudice.

No costs or disbursements are imposed.

The case is closed.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: January 19, 2017
      Brooklyn, New York

